UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLLEEN MALONEY,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
        _____/

Case No. 09-13867

HONORABLE AVERN COHN

## **JUDGMENT**

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of the defendant and against the plaintiff.

DAVID WEAVER

Dated: October 6, 2010        By: s/Michael Williams
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 6, 2010, by electronic and/or ordinary mail.

                                            S/Michael Williams
                                            Case Manager, (313) 234-5160